UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKA NYC LIMITED,<br><br>　　　　　Plaintiff,<br><br>-against-<br>BARRINGTON STAGE COMPANY, INC.,<br>　　　　　Defendant. | Civil Action no: |

**COMPLAINT**

Plaintiff AKA NYC Limited ("AKA"), by its attorneys Khurana Law Firm, P.C., brings this action against Barrington Stage Company, Inc. ("Barrington") and alleges as follows:

**NATURE OF THE ACTION**

1.　AKA brings this action for breach of contract and account stated to recover amounts owed by Barrington pursuant to THE SERVICE AGREEMENT between the parties executed on or around November 16, 2024 (the "Agreement", appended hereto as Exhibit A).

2.　Pursuant to the Agreement, Barrington engaged AKA to serve as its media planning and buying agency for Barrington.

3.　Appended to and incorporated into the Agreement as Schedule A is the Statement of Work (the "Statement of Work").

4.　Pursuant to the Agreement and Scope of Work, AKA performed hundreds of thousands of dollars-worth of services for Barrington.

5.　From 2024 to 2025, AKA sent Barrington numerous invoices for services performed pursuant to the Agreement.

6.　Barrington made partial payment of the amounts due to AKA.

7. Barrington has not paid any amounts due to AKA since December 23, 2025.

8. Barrington owes AKA a balance of $148,311.71 pursuant to the Agreement, which is currently due and payable.

9. Plaintiff seeks $148,311.71 for unpaid amounts pursuant to the Agreement.

## JURISDICTION AND VENUE

10. Federal diversity jurisdiction exists in the matter pursuant to 28 U.S.C. § 1332 because Plaintiff is a New York entity, Defendant is a Massachusetts entity and does not reside in the Plaintiff's state, and the value of the amount in controversy exceeds $75,000.

11. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions on which the Plaintiff's claims are based occurred within the district.

12. Defendant is subject to the personal jurisdiction of this Court because the services rendered by Plaintiff to Defendant were provided in New York, and the Agreement provides that disputes arising out of the Agreement shall be adjudicated in the state or federal courts of New York.

## PARTIES

13. AKA is a foreign corporation that is incorporated in the United Kingdom and has its principal place of business in New York City, New York. AKA is an award-winning entertainment arts advertising agency and provider of media planning and buying services.

14. Barrington is a nonprofit corporation formed under the laws of Massachusetts. Its principal place of business is in Pittsfield, Massachusetts. Defendant is a professional theatre company.

## STATEMENT OF FACTS

15. In or around November 16, 2024, Barrington and AKA entered into the Agreement.

16. The parties' rights and obligations under the Agreement are outlined in the Agreement and Statement of Work.

17. From 2024 to 2025, pursuant to the Agreement and Statement of Work, AKA provided services to Barrington.

18. In consideration of AKA's services to Barrington, AKA sent invoices to Barrington.

19. Barrington has only made partial payments to AKA of the invoices sent to Barrington.

20. Barrington has not paid any amounts due to AKA since the last payment in December 2025.

21. Barrington has an outstanding balance of $148,311.71 for unpaid amounts pursuant to the Agreement.

22. AKA has transmitted to Barrington several invoices for the outstanding balance and demanded payment of the unpaid amounts.

23. Barrington has repeatedly acknowledged that the money is owed and repeatedly promised to make payment of the outstanding balance.

24. Barrington has not objected to any invoice transmitted by AKA for the outstanding balance.

25. Barrington has failed to pay the outstanding amounts.

26. Barrington's failure to pay the amount owed under the Agreement constitutes a material breach of the Agreement.

27.     As a result of Barrington's breaches AKA has been damaged in an amount to be proven at trial.

### FIRST CAUSE OF ACTION
### (BREACH OF CONTRACT)

28.     AKA repeats and realleges the allegations contained in paragraphs 1 through 27, as if fully set forth herein.

29.     The Agreement is a valid and enforceable contract between AKA and Barrington.

30.     AKA has fully and/or materially performed its obligations under the Agreement and has satisfied all conditions precedent.

31.     The current amount owed by Barrington pursuant to the Agreement is $148,311.71.

32.     In breach of the Agreement, Barrington has failed to pay $148,311.71.

33.     By reason of the foregoing, Barrington is liable in an amount to be determined at trial.

### SECOND CAUSE OF ACTION
### (ACCOUNT STATED)

34.     AKA repeats and realleges the allegations contained in paragraphs 1 through 33, as if fully set forth herein.

35.     AKA transmitted several invoices to Barrington for an outstanding balance of $148,311.71.

36.     Barrington received and retained plaintiff's accounts, without objection, and agreed to pay the indebtedness.

37.     Barrington failed to object to the invoices.

38. Barrington has expressly acknowledged that the invoice is due and owing to AKA.

39. Because of the foregoing, Barrington is liable in the amount of $148,311.71.

**WHEREFORE**, AKA respectfully requests judgment as follows:

A. On the First Cause of Action, awarding damages in favor of AKA, in an amount to be determined at trial, but in no event less than $148,311.71 plus interest.

B. On the Second Cause of Action, awarding damages in favor of AKA in the amount of $148,311.71.

C. Granting AKA such other and further relief as the Court deems just and proper.

Dated: January 28, 2026
    New York, New York

Respectfully submitted,

/s/ Arvind Khurana
Arvind Khurana
KHURANA LAW FIRM, P.C.
16 Madison Square West, 11th Fl.
New York, New York 10010
212.847.0145 akhurana@khuranapc.com

Attorneys for Plaintiff