UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKA NYC LIMITED,

Plaintiff,

v.

BARRINGTON STAGE COMPANY, INC.,

Defendant.

**ORDER**

26 Civ. 717 (ER)

RAMOS, D.J.

AKA NYC Limited filed a complaint against Barrington Stage Company, Inc. alleging breach of contract on January 28, 2026. Doc. 1. A summons was issued on January 29, 2026, but Plaintiff has not filed an affidavit of service and the Defendant has not appeared. Accordingly, AKA NYC Limited is directed to submit a status report by **October 28, 2026**. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 4(m). Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.