UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKA NYC LIMITED,

Plaintiff,

v.

BARRINGTON STAGE COMPANY, INC.,

Defendant.

**ORDER**

26 Civ. 717 (ER)

RAMOS, D.J.

Plaintiff AKA NYC Limited commenced this action on January 28, 2026. Doc. 1. Plaintiff has failed to file an affidavit of service and failed to comply with a Court order directing it to submit a status report. *See* Doc. 6. For the following reasons, this action is dismissed, *sua sponte*, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The deadline for Plaintiff to serve the Defendant was ninety days after the filing of the Complaint pursuant to Rule 4(m). Because the complaint was filed on January 28, 2026, the deadline for service was April 28, 2026. On October 21, 2026, following months of inaction on the docket, the Court directed AKA NYC Limited to submit a status report by October 28, 2026. Doc. 6. The Court warned that failure to comply could result in dismissal of the case under Federal Rule of Civil Procedure 4(m). *Id.* AKA NYC Limited failed to comply.

"Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." *Sikhs for Justice v. Nath*, 850 F. Supp. 2d 435, 439–40 (S.D.N.Y. 2012) (quoting *Dynegy Mistream Services v. Trammochem*, 451 F.3d 89, 94 (2d Cir. 2006)). Rule 4(c) provides that a plaintiff is responsible for effectuating service. Fed. R. Civ. P. 4(c)(1). Rule 4(m) provides that "[i]f a defendant is not served within 90

days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

More than ninety days have passed since filing and nothing in the record suggests that Defendant was ever served with the Summons and Complaint. The Court already notified Plaintiff that its inaction could result in dismissal. *See* Doc. 6. Therefore, the action is dismissed without prejudice under Rule 4(m). The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: November 5, 2026
New York, New York

Edgardo Ramos, U.S.D.J.